STATE v. BROWN

No. 573P83.

Case below: 59 N.C. App. 411.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 10 January 1984.

STATE v. CAMPBELL

No. 458P83.

Case below: 63 N.C. App. 566.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 January 1984.

STATE v. CHISHOLM

No. 556P83.

Case below: 64 N.C. App. 621.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 January 1984.

STATE v. NEALY

No. 603P83.

Case below: 64 N.C. App. 663.

Petition by defendant Smith for writ of certiorari to North Carolina Court of Appeals denied 10 January 1984.

STATE v. PORTER

No. 630P83.

Case below: 65 N.C. App. 13.

Petition by defendant for discretionary review under G.S. 7A-31 denied 10 January 1984. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 10 January 1984.